SCHEDULE A
MDL No. 2821 - IN RE: BEHR DECKOVER MARKETING AND SALES PRACTICES LITIGATION
Central District of California
IN RE BEHR PROCESS CORP., C.A. No. 8:17-01016
Eastern District of California
HAMILTON v. BEHR PROCESS CORP., ET AL., C.A. No. 2:17-01765
Middle District of Florida
HAMIL, ET AL. v. BEHR PROCESS CORP., ET AL., C.A. No. 6:17-02058
Northern District of Illinois
BISHOP, ET AL. v. BEHR PROCESS CORP., ET AL., C.A. No. 1:17-04464
District of New Jersey
BROCK v. BEHR PROCESS CORP., ET AL., C.A. No. 2:17-12341
Eastern District of New York
COLE, ET AL. v. BEHR PROCESS CORP., ET AL., C.A. No. 1:17-05052 *1358 Western District of North Carolina
EDWARDS v. BEHR PROCESS CORP., ET AL., C.A. No. 3:17-00683
District of Oregon
LEIKER v. BEHR PROCESS CORP., ET AL., C.A. No. 3:17-01909
Western District of Washington
ROSE v. BEHR PROCESS CORP., ET AL., C.A. No. 2:17-01754